CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LAWRENCE TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER FRANCISCO RAMIREZ<br><br>Defendant. | Case No.: CV10-8561 RGK<br><br>Honorable R. Gary Klausner, Judge<br><br>[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL<br><br>[Fed. R. Civ. P. 41 (a)] |

Good cause having been shown, it is hereby ordered that:

An Order of Dismissal with prejudice of the entire action be filed and entered in the above-referenced matter.   Parties to bear their own costs.

**IT IS SO ORDERED.**

DATED: 02 09, 2012

_____
R. GARY KLAUSNER, JUDGE